# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| David Houle and Becky Houle, et. al., | | | **ORDER** |
| --- | --- | --- | --- |
| | Plaintiffs, | ) | |
| vs. | | ) | |
| Central Power Electric Cooperative, Inc., (CPEC), et. al., | | ) | Case No. 4:09-cv-021 |
| | Defendants. | ) | |
| CPEC v. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-055 |
| CPEC v. Corey J. Hall, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-061 |
| CPEC v. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-073 |
| CPEC v. Howard Longie, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-076 |
| CPEC v. Est of Marie M. Jeanotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-077 |
| CPEC v. Donna M. Anderson, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-078 |
| CPEC v. Pete Barnett, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-084 |
| CPEC v. John E. Monette, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-098 |
| CPEC v. Ophelia Dixon Navarro, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-100 |
| CPEC v. Kimberly Blackwell, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-101 |
| CPEC v. Dustin Decoteau, et. al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-004 |

The court shall conduct a status conference in the above-entitled actions on August 2, 2012, at 11:00 a.m. CDT. The court shall initiate the conference call. Any defendants who have appeared

1

*pro se* that want to participate in the conference call should provide the court with a telephone number at which they can be reached.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2012.

>	*/s/ Charles S. Miller, Jr.*
>	Charles S. Miller, Jr.
>	United States Magistrate Judge